# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** Lexington

**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 25-mj-7008-JCB
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☑ No

**Defendant Information:**

Defendant Name: DAVID SMERLING    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☑ Yes  ☐ No

Alias Name: _____

Address: Lexington, MA

Birth date (Yr only): 1950    SSN (last 4#): 1741    Sex: M    Race: _____    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Kristen A. Kearney    Bar Number if applicable: 669940

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/13/2025    Signature of AUSA: /s/ Kristen A. Kearney

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   DAVID SMERLING

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1343 | Wire Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**